

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00555-CR

Avery B. **CRAWFORD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0602
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Debra Doolittle's notification of late record is hereby noted. The reporter's record is due no later than December 3, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court